# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA SIMPSON,<br><br>    *Plaintiff,*<br><br>v.<br><br>MEREDITH BUCHANAN *et al.*,<br><br>    *Defendants.* | CIVIL ACTION<br><br>NO. 20-2583 |

## ORDER

**AND NOW**, this 5th day of August 2020, upon consideration of Defendants Meredith Buchanan and Brian Brown's Motion for Judgment on the Pleadings (ECF No. 7) and Plaintiff Jessica Simpson's Response (ECF No. 9), it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part:

    I.    Simpson's negligence claim and request for punitive damages against Defendant Meredith Buchanan may proceed; and

    II.    Simpson's negligent entrustment claim and request for punitive damages against Defendant Brian Brown are **DISMISSED** without prejudice.

Simpson may file an amended complaint, consistent with the Court's Memorandum and Order, on or before **Thursday, August 20, 2020.**

                                    BY THE COURT:

                                    */s/ Gerald J. Pappert*
                                    GERALD J. PAPPERT, J.